Tillman Anderson, appellee, v. Thomas T. Fletcher, appellant.  Gen. No. 7,367.

Action for malicious prosecution.  Judgment for plaintiff.  Appeal from the Circuit Court of Grundy county; the Hon. G. O. Dietz, Judge, presiding.  Heard in this court at the April term, 1924. Affirmed.  Opinion filed October 10, 1925.  *Certiorari* denied by Supreme Court (making opinion final).

Mighell, Gunsul & Allen and Cornelius Reardon, for appellant. Hayes, Munts & Young and H. B. Smith, for appellee.

Mr. Presiding Justice Jones delivered the opinion of the court.

---

Herman A. Stanhope, appellant, v. Archie C. Maple, appellee. Gen. No. 7,475.

Suit for fraudulent representations and conversion of automobile.  Judgment for defendant.  Appeal from the Circuit Court of Peoria county; the Hon. Charles V. Miles, Judge, presiding. Heard in this court at the April term, 1925.  Affirmed.  Opinion filed October 10, 1925.  Rehearing denied January 12, 1926.

Covey, Campbell & Covey, for appellant; George W. Hunt, of counsel.  Howard White, for appellee; Joseph W. Maple, of counsel.

Mr. Presiding Justice Jones delivered the opinion of the court.

---

Rollin Wallingford, appellant, v. John L. Smiley, appellee.  Gen. No. 7,405.

Action for negligent injury to passenger in taxicab.  Judgment for defendant.  Appeal from the Circuit Court of Iroquois county; the Hon. Frank L. Hooper, Judge, presiding.  Heard in this court at the October term, 1924.  Reversed and remanded.  Opinion filed October 10, 1925.  Rehearing denied January 12, 1926.

J. W. Kern and Claude N. Saum, for appellant; Thomas F. Donovan, of counsel.  Free P. Morris and Roscoe C. South, for appellee.

Mr. Justice Jett delivered the opinion of the court.

---

Margaret Jordan Mulvihill et al. v. William Towner et al.  Margaret Organ et al., appellees, v. Malachi Jordan, appellant.  Gen. No. 7,478.

Bill to remove cloud on title.  Decree for complainants and for appellees on crossbill.  Appeal from the Circuit Court of De Kalb county; the Hon. Mazzini Slusser, Judge presiding.  Heard in this court at the April term, 1925.  Reversed and remanded with directions.  Opinion filed October 10, 1925.  Rehearing denied January 12, 1926.

Archie G. Kennedy, for appellant.  Thomas M. Cliffe, for appellees. Mr. Justice Jett delivered the opinion of the court.